```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

FILED

2005 OCT 10  P 9:55

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. No. 05-0369 AWI |
| Plaintiff, ) | ORDER |
| v. ) | |
| YOLANDA CAMPOS, et al., ) | |
| Defendants. ) | |

Having considered the government's application to unseal the indictment and arrest warrant,

IT IS HEREBY ORDERED that the indictment and arrest warrant submitted in support of the criminal complaint, shall be UNSEALED.

Dated: October 11, 2005

_____
DENNIS L. BECK
U.S. Magistrate Judge

1