McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>YOLANDA CAMPOS,              )<br>                             )<br>            Defendant.       )<br>_____) | CR. F. NO. 05-0369 AWI<br><br>PRELIMINARY ORDER OF<br>FORFEITURE RE PERSONAL<br>PROPERTY OF YOLANDA CAMPOS |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Yolanda Campos, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Yolanda Campos' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. 2004 Lexus RX300, California license 5BVG006, and vehicle identification number ("VIN") JTJGA31U340001418

2. The above-listed property constitutes or was derived from proceeds traceable to violations of 18 U.S.C. §§ 371 and/or

1

1344.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Treasury, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the Fresno Business Journal (Fresno County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's and/or Secretary of Treasury's (or a designee's) intent to dispose of the property in such manner as the Attorney General and/or the Secretary of Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

  b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

  c.  The United States may also, to the extent practicable, provide direct written notice to any person known to

1  have alleged an interest in the property that is the subject of
2  the Order of Forfeiture, as a substitute for published notice as
3  to those persons so notified.
4      5.  If a petition is timely filed, upon adjudication of all
5  third-party interests, if any, this Court will enter a Final
6  Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28
7  U.S.C. § 2461(c) in which all interests will be addressed.

10 IT IS SO ORDERED.
11 **Dated:   November 28, 2006**                    /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE

3