1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **YOLANDA CAMPOS**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOLANDA CAMPOS, ) <br> ) <br> Defendant. ) <br> ) | **CASE NO. 1: 05 CR 00369 AWI** <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, January 29, 2007, at 9:00 a.m., be continued to Monday, March 12, 2007, at 9:00 a.m.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: January 22, 2007.          /s/ DAVID BALAKIAN
                                  David Balakian,
                                  Attorney for Defendant,
                                  YOLANDA CAMPOS

```
Dated: January 22, 2007.          /s/ KAREN ESCOBAR
                                  Karen Escobar,
                                  Assistant U.S. Attorney.

                                  Stipulation has been agreed to
                                  by Ms. Escobar.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   January 23, 2007**           **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

2