David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **YOLANDA CAMPOS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>YOLANDA CAMPOS,<br><br>            Defendant. | **CASE NO. 1: 05 CR 00369 AWI**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, March 12, 2007, at 9:00 a.m., be continued to Monday, April 9, 2007, at 9:00 a.m.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: March 6, 2007.              /s/ DAVID BALAKIAN
                                   David Balakian,
                                   Attorney for Defendant,
                                   YOLANDA CAMPOS

```
Dated: March 6, 2007.                /s/ KAREN ESCOBAR
                                     Karen Escobar,
                                     Assistant U.S. Attorney.

                                     Stipulation has been agreed to
                                     by Ms. Escobar.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 13, 2007**                **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2