IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. NO. 05-0369 AWI |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| YOLANDA CAMPOS, ) | |
| Defendant. ) | |

WHEREAS, on November 30, 2006, this Court entered a Preliminary Order of Forfeiture Re Personal Property of Yolanda Campos pursuant to the provisions of 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Yolanda Campos forfeiting to the United States the following property:

      a.    2004 Lexus RX300, California license 5BVG006, and vehicle identification number ("VIN") JTJGA31U340001418

AND WHEREAS, on January 31, February 7, and 14, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Fresno Business Journal</u> (Fresno County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

1  AND WHEREAS, the United States of America provided direct written notice to the following persons or entities known to have an interest in the above-listed property: Marisa Rodriguez c/o Steven Crawford, attorney of record; Ramiro Barragan; and Bank of America.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Yolanda Campos.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The Department of Treasury shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   April 25, 2007**              /s/ **Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE